# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1469
_____

MARY JEAN (DUNN) MARZULLO,

Petitioner,

v.

ACCIDENT CLEANERS, INC.,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

October 28, 2019

PER CURIAM.

DENIED.

B.L. THOMAS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Nancy W. Gregoire of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale; Susan L. Mikolaitis of Bingham & Mikolaitis, P.A., Alachua, for Petitioner.

Jefferson M. Braswell, of Braswell Law, PLLC, Gainesville, for Respondent.